IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
SOUTH BEND DIVISION

MICHAEL HUNT FOR THE PLAINTIFFS
INTERESTED PARTY,

-V-

CHRISTINA REAGLE, IDOC
DAVID LIEBEL, IDOC
ANDREW PAZERA, IDOC
JOHN GALIPEAU, IDOC
JOHN HICKS, IDOC
DEFENDANTS,

CASE NO. 3:23-cv-1069
TO BE SUPPLIED BY THE CLERK
NEW FILING BY THE
PLAINTIFFS /
ATTORNEYS

SCANNED at Putnamville and Emailed on 12/12/23 by OW - 13 pages. (date) (initials) (num)

VERIFIED NOTICE GENERAL ORDER 2022-01-14 ECF MANUAL
AUTHORIZATION REVISED 7TH AMENDED ORDER VIOLATIONS
AND INTERFERENCE WITH MANUAL PAPER FILING
BY THIRD PARTY ("FILER") AT (ISF)

COMES NOW MICHAEL HUNT (INTERESTED PARTY-HUNT)
MOVES THIS COURT PURSUANT TO N.D. IND. L. CIV. R. 7-1, AND
S.D. ECF. R. 7; FED. R. CIV. P. 79(a)(d); AND 18 U.S.C.S. § 1030(a)
(1-6); et seq AND VIOLATIONS FROM THE INDIANA UNIFORM
DECEPTIVE TRADE PRACTICES ACT (UDTPA) AND INDIANA TRADE
SECRETS ACT (ITSA) AND REQUEST THIS COURT TO GRANT SAID NOTICE.
THE CONSPIRACY BY THE (DEFENDANTS) CLEARLY VIOLATED

(-1-)

18 U.S.C.S. § 2510 (1-6), (11-A), (13)(A-B), (14-15), (17)(A-B), AND REQUEST THIS COURT TO ACCEPT ALL COURT FILINGS FROM THE (INTERESTED PARTY HUNT) AND GRANT ALL FILINGS FOR THE (DEFENDANTS) DECISION TO USE HOSTILE UNKNOWN ACTORS TO HINDER OBSTRUCT JUSTICE FOR A COURT CITIZATION, FOR A BAN ON RELIGION ON STATE OF INDIANA PROPERTY.

IN SUPPORT INTERESTED PARTY STATES THE FOLLOWING:

(1.) (INTERESTED PARTY HUNT), HAS ACCOMPANY AND WILL REFER TO EXHIBITS NO. A-THROUGH-NO. I SEE "VERIFIED DESIGNATION OF RELEVANT EVIDENCE ADDING EXHIBITS NO. G; H; I; FILED BY INTERESTED PARTY EXHIBITS NO. A-THROUGH-NO. F; SHALL REMAIN AS DESIGNATED EVIDENCE TOTAL PAGES SIX (6) AFFIX TO THIS NOTICE.

(2.) (INTERESTED PARTY HUNT), FREE OF FRIVOLOUS, BAD FAITH FILINGS IN ALL COURTS GOOD STANDING SEE 28 U.S.C.S. § 1915 (G).

(3.) (INTERESTED PARTY HUNT), WAS HARM BY THE DEFENDANTS IDEOLOGY TO DECLARE JEHOVAH WITNESS IS A "CULT" (SEE EXH. A, B.).

(4.) (INTERESTED PARTY HUNT), FREE OF MENTAL HEALTH AND PASS ALL DRUG SCREENS BY BLOOD AND URINE.

THE 2020-2023 CM/ECF MANUAL VIOLATIONS

(5.) THE THIRD PARTY "FILER" IS THE "GENERAL ORDER" EXECUTIONER IS TRICIA PRETORIUS (WARDEN) AT 1946 WEST U.S. HGY 40 GREENCASTLE,

(-2-)

INDIANA 4/6835 SANCTIONS IMPOSED RETENTION VIOLATIONS.

(6) (INTERESTED PARTY/HUNT) IS A USER NOT THE FILER SEE GENERAL ORDER CM/ECF CIVIL MANUAL. THE FILER IS (WARDEN) TRICIA PRETORIOUS WHO IS USING FEDERAL GOVERNMENT PASSWORD/PACER ACCOUNT COMPUTERS SEE 18 U.S.C.S. §§ 1030(a)(1-6); TO 2510(1-6)(11-d)(B)(A-B).

(7) THE (FILER PRETORIOUS) VIOLATES THE ORIGINAL RETENTION DOCUMENT ACT FOR THE CM/ECF SEE PAGE-23 OF 24 SECTION 17.

(8) THE CM/ECF HAS TECHNICAL DIFFICULTIES WHEN THE (INTERESTED PARTY/HUNT) VISIT THE (ISF) LAW LIBRARY SINCE 10-10-2023.

(9) THE (INTERESTED PARTY/HUNT) HAS FILED TECHNICAL ISSUES MISSING PAGE HEADER BRACKETS TO DOCUMENTS, WITHHOLDING NOTICE OF ELECTRONIC FILING RECEIPTS, INSERTING BLANK SHEETS OF PAPER INTO LEGAL DOCUMENTS (317) 299-3700, THROUGH ATTORNEYS THIRD PARTY WITNESSES.

INTERESTED PARTY HUNT DENIED ACCESS TO THE MANUAL PAPER FILING TO THE FEDERAL COURTS

(10) ON 11-21-2023 (INTERESTED PARTY/HUNT) DOCUMENTS DATED FOR 11-21-2023 NOT MAIL. WITHHELD STOLEN MAIL ON 11-27-2023 NONE MONEY DEDUCTED FROM (HUNT) ACCOUNT NONE DEBT POSTING SEE EXHIBIT NO. C,D,E,F,G,H, CITING OLSON-V- BEYER, 2022 U.S. DIST LEXIS 76453.

(11) ON 11-27-2023 (INTERESTED PARTY/HUNT) CONFISCATED WITHOUT DUE PROCESS AND DENIED THE PENOLOGICAL THREAT TO THE SECURITY OF THE FACILITY ALSO THREAT TO U.S. POSTAL SERVICE (SEE EXHIBIT NO. A,B,C,D,E,F.).

(12) ON 12-5-2023 (INTERESTED PARTY/HUNT) LEGAL DOCUMENTS DATED

(3)

FOR 12-5-2023 NOT MAIL TO THE COURTS AS OF 12-12-2023.

(INTERESTED PARTY/HUNT) STRIKE ALL DOCUMENTS TRANSMITTED BY TYLER TECHNOLOGIES INC A THIRD PARTY PUBLIC SECTOR INTERNET PROVIDER

(13.) THE (INTERESTED PARTY/HUNT) NEVER SIGN CONSENT AND SIGN DOCUMENTS WITH A ACCOUNT TO ALLOW (TYLER) TO TRANSMIT LEGAL DOCUMENTS SEE CHAVEZ LAW OFFICE -V- TYLER TECH 2021 U.S.DIST.LEXIS 172469.

(14.) THE (TYLER PRETORIOUS) ENTER INTO A ILLEGAL CONTRACT WITH A COMBINATION OF CONSPIRACY OF TRADE LEGAL DOCUMENTS ILLEGALLY WITHOUT (HUNT) ECT... AL WRITTEN CONSENT FORM FROM (TYLER) SEE SHERMAN ANTITRUST ACT 15 U.S.C. § 1 et seq ALSO VIOLATIONS OF THE INDIANA ANTITRUST ACT IND. CODE § 24-1-2-1, et seq ALSO CITING TYLER TECHS., INC. -V- LEXUR ENTERS. INC., 2021 U.S.DIST.LEXIS 120935.

(15.) (INTERESTED PARTY/HUNT ECT...AL) NOT ALLOW TO USE ANY SOFTWARE AND TECHNOLOGY SERVICES TO THE PUBLIC SECTOR FOR e FILE & SERVE THROUGH A BIDDING PROCESS "MIDCYCLE" SEE INJUNCTION BUTCHER -V- CLERK OF PUTNAM COUNTY/INDIANA CAUSE NO. 2:21-CV-00422-JPH-DCP.

WHEREFORE (INTERESTED PARTY/HUNT) REQUEST THIS COURT TO GRANT ALL COURT FILINGS TO BE DOCKET TO THE PLAINTIFFS CASE DOCKET.

RESPECTFULLY SUBMITTED
Michael Hunt
MICHAEL HUNT XXX-XX-1864
1946 WEST U.S. HGY 40
GREEN CASTLE IN. 46135

INTERESTED PARTY FOR THE PLAINTIFFS

(-4-)

CERTIFICATE OF SERVICE MANUAL PAPER FILING/CM-ECF

I, MICHAEL HUNT (INTERESTED PARTY) HEREBY CERTIFY THAT ON 12-12-2023 A COPY OF THE FOREGOING "AMENDED DESIGNATION OF EVIDENCE BY INTERESTED PERSON-PARTY (HUNT)" FOR THE PLAINTIFFS PLAUSIBLE LEGAL CLAIMS ACCOMPANY ON 12-12-2023 WITH "VERIFIED NOTICE OF ISSUES" WAS FILED ELECTRONICALLY TO THE CLERK OF THE COURTS BY OPERATION OF THE COURTS CM/ECF FILING SYSTEM.

THE PARTIES OF THE COURT RECORD MAY ACCESS THIS FILING THROUGH THE COURT CM/ECF SYSTEM ON 12-12-2023

I, MICHAEL HUNT (INTERESTED PARTY) HEREBY CERTIFY THAT ON 12-12-2023 (HUNT) HAS SERVED THE FOREGOING REPRESENTATION ON THE BELOW LISTED INDIVIDUALS BY U.S. POSTAL SERVICE WITH FIRST CLASS POSTAGE PREPAID USING 463 STATE ENVELOPE WITH STATE FORM 35720 REMITTANCE AFFIX WITH WITNESS(ES) FOR (HUNT) ENVELOPES MAIL PURSUANT TO MANUAL PAPER FILING FED. R. CIV. P. 5.

33B (B) THEODORE ROKITA 308 WEST WASHINGTON ST INDIANAPOLIS IN 46204.
34B (C) CHRISTINA REAGLE 308 WEST WASHINGTON ST INDIANAPOLIS IN 46204.
35B (D) DAVID LIEBEL 308 WEST WASHINGTON ST INDIANAPOLIS IN 46204.
36B (E) ANDREW PAZERA 5501 SOUTH 1100 WEST WESTVILLE IN 46391.
37B (F) JOHN GALIPEAU (WARDEN) 5501 SOUTH 1100 WEST WESTVILLE IN 46391.
38B (G) JOHN HICKS (LEGAL LIAISON) 5501 SOUTH 1100 WEST WESTVILLE IN 46391.
39B (H) CHIEF LEGAL COUNSEL JEHOVAH WITNESS GLOBAL-USA CIVIL LITIGATION DIVISION 675 REDMILLS ROAD WALLKILL NEW YORK 12589

RESPECTFULLY SUBMITTED
/s/ MICHAEL HUNT XXX-XX-1804
(INTERESTED PARTY FOR THE PLAINTIFF)
1946 WEST US HGWY 40
GREENCASTLE IN 46135

(5)