UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MICHAEL HUNT,

    Plaintiff,

    v.　　　　　　　　　　　　　　　　　　CAUSE NO. 3:23-CV-1069-JD-JEM

CHRISTINA REAGLE, et al.,

    Defendants.

## ORDER

Michael Hunt, a prisoner without a lawyer, consented to participate in the Prisoner Electronic Filing Program (ECF 1), but he has repeatedly refused orders sent to the facility's law library electronically. He was granted until January 19, 2023, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). The court cautioned Hunt that, if he did not respond by the deadline, this case could be dismissed without further notice. He has continued to refuse orders sent to the facility's law library electronically, and the deadline passed without a response. Nevertheless, he is required to pay the filing fee. *See* 28 U.S.C. § 1915; *Newlin v. Helman*, 123 F.3d 429 (7th Cir. 1997).

For these reasons, the court:

(1) TERMINATES Michael Hunt's participation in the Prisoner Electronic Filing Program (ECF 8);

(2) DIRECTS the clerk to stop providing Michael Hunt with electronic notice of returned mail in this case;

(3) DISMISSES this case pursuant to Federal Rule of Civil Procedure 41(b);

(4) ORDERS the plaintiff, **Michael Hunt, IDOC # 961894,** to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(5) DIRECTS the clerk to create a ledger for receipt of these funds; and

(6) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on January 26, 2024

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT