# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL HUNT, for the Plaintiffs, Interested Party

    Plaintiff

    v.

CHRISTINA REAGLE, IDOC
DAVID LIEBEL, IDOC
ANDREW PAZERA, IDOC
JOHN GALIPEAU, IDOC
JOHN HICKS, IDOC

    Defendants

Civil Action No. 3:23-cv-1069

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

  _X_  Other:  This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

  _X_  decided by Judge Jon E DeGuilio.

DATE: 1/29/2024                                  CHANDA J. BERTA, CLERK OF COURT

                                                                                      by   s/ M. Murray_____
                                                                                      *Signature of Clerk or Deputy Clerk*